# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARTHUR RAMIREZ, | ) Case No. CV 08-6247-GW (JEM) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| FBI AGENT FERNANDO MATA, et al., | ) |
| Respondents. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that judgment be entered dismissing this action without prejudice.

DATED: November 6, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE