# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARTHUR RAMIREZ, | Case No. CV 08-6247-GW (JEM) |
| Petitioner, | JUDGMENT |
| v. | |
| FBI AGENT FERNANDO MATA, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED THAT the petition for writ of habeas corpus is dismissed without prejudice.

DATED: November 6, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE